**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| COMMONWEALTH OF PENNSYLVANIA, | : | No. 164 MAL 2019 |
|---|---|---|
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL GREGO, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

AND NOW, this 9th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.